Brian S. King, #4610
**BRIAN S. KING, PC**
336 South 300 East, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| SIDNEY W., individually and as guardian of T.F., a minor, | : : : | |
| Plaintiff, | : : | **NOTICE OF SETTLEMENT** |
| vs. | : : | Civil No. 2:16-cv-00954 DB |
| UNITED HEALTHCARE INSURANCE COMPANY, UNITED BEHAVIORAL HEALTH, and the VIACOM INCORPORATED EMPLOYEE HEALTH BENEFIT PLAN, | : : : : : : | |
| Defendants. | : : | |

Plaintiff, through his undersigned counsel, provides notification to the Court that the disputed issues in the above captioned case have been resolved through a confidential agreement. The parties anticipate being able to file a motion for dismissal within the next 60 days.

DATED this 27th day of February, 2018.

                                                       s/ Brian S. King
                                                     Brian S. King
                                                     Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered via the Court's ECF system to the following:

Scott M. Petersen
Clint R. Hansen
FABIAN VANCOTT
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

    DATED this 27th day of February, 2018

                                                                               _s/ Linda Bosen_