Brian S. King, #4610
**BRIAN S. KING, PC**
336 South 300 East, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SIDNEY W., individually and as guardian of T.F., a minor, | : |
| Plaintiff, | : **ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |
| vs. | : Civil No. 2:16-cv-00954 DB |
| UNITED HEALTHCARE INSURANCE COMPANY, UNITED BEHAVIORAL HEALTH, and the VIACOM INCORPORATED EMPLOYEE HEALTH BENEFIT PLAN, | : |
| Defendants. | : |

Based on the stipulated motion of the parties and good cause appearing, it is hereby ORDERED that the above captioned matter is dismissed with prejudice, each party to bear its own attorney fees and costs.

DATED this 21 day of June, 2018.

_____
U.S. District Court Judge Dee Benson